

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-14-00152-CR

RASHARD TYREAL HOLMES, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 196th District Court
Hunt County, Texas
Trial Court No. 27,999

Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Justice Moseley

## MEMORANDUM OPINION

Rashard Tyreal Holmes, appellant, has filed a motion to dismiss his appeal.  The motion was signed by both Holmes and his counsel in compliance with Rule 42.2(a) of the Texas Rules of Appellate Procedure.  *See* TEX. R. APP. P. 42.2(a).  As authorized by Rule 42.2(a), we grant the motion.

Accordingly, we dismiss this appeal.


Bailey C. Moseley
Justice

Date Submitted:     October 2, 2014
Date Decided:       October 3, 2014

Do Not Publish